**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Chad Holmes, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19cv3168 UNA |
| | ) | |
| | ) | |
| Board of Municipal Utilities of the City | ) | |
| Of Sikeston, Missouri, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was filed on November 27, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:19cv00216.

**IT IS FURTHER ORDERED** that cause number 4:19cv3168 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: December 2, 2019                    By: Michele Crayton
                                              Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:19cv00216 ACL.**